UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

BRANDY MILLHOUSE,

      Plaintiff,

                                                  Case No. 12-cv-12172
-vs.-                                       HON.  George Caram Steeh

CONSUMER PORTFOLIO SERVICES, INC.
a foreign corporation,

      Defendant.
_____

**STIPULATION OF DISMISSAL**

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, stipulate to the dismissal of this action with prejudice and without fees or costs to either party.


/s/ Gary Nitzkin _____                          /s/ Charity A. Olson _____ _
Gary D. Nitzkin (P41155)                        Charity A. Olson (P68295)
Attorney for Plaintiff                              Olson Law Group
Nitzkin & Associates                               Attorneys for Defendant
22142 West Nine Mile Road                106 E. Liberty, Suite 303
Southfield, Michigan  48034              Ann Arbor, MI 48104
(248) 353-2882                                      (734) 222-5179
gnitzkin@creditor-law.com                 colson@olsonlawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

BRANDY MILLHOUSE,

    Plaintiff,

                                       Case No. 12-cv-12172
-vs.-                                 HON. George Caram Steeh

CONSUMER PORTFOLIO SERVICES, INC.
a foreign corporation,

    Defendant.
_____

## **ORDER OF DISMISSAL**

The Court having reviewed the parties' Stipulation of Dismissal and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims as to Consumer Portfolio Services, Inc. are dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

                                        s/George Caram Steeh
                                        United States District Judge

Dated: October 16, 2012